JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Guri Gonzalez,<br><br>        Plaintiff,<br><br>        v.<br><br>Befores, LLC, et al.,<br><br>        Defendants. | Case No. CV 20-08151-VAP (ASx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: November 17, 2020

                                              VIRGINIA A. PHILLIPS
                                              United States District Judge

1